# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

Cases pending in the U.S. District Court for the Eastern District of Texas
*Polaris PowerLED Technologies, LLC v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Display Co., Ltd.*
2:22-cv-00469-JRG (E.D. Tex. filed December 22, 2022)

| | |
|---|---|
| SAMSUNG DISPLAY CO., LTD.<br><br>Movant<br><br>v.<br><br>EASTMAN KODAK COMPANY<br><br>IN RE SUBPOENAS SERVED ON EASTMAN KODAK COMPANY | Misc. Action No.: 24-mc-06009 |

## SAMSUNG DISPLAY CO., LTD.'S NOTICE OF MOTION TO ENFORCE SUBPOENA

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Samsung Display Co., Ltd.'s ("Samsung Display") Motion to Enforce Subpoena and any exhibits thereto, non-party Samsung Display will move this Court, at a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 45(d) and Local Civil Rule 7(a) to enforce the Subpoena to Testify at a Deposition, issued in Civil Action No. 2:22-cv-00469-JRG (E.D. Tex.) issued by Samsung Display and for other and further relief as the Court may deem just and proper.

Date:  June 18, 2024                                     Respectfully submitted,


                                                         /s/ *Paul Ragusa*
                                                         Paul Ragusa
                                                         paul.ragusa@bakerbotts.com
                                                         BAKER BOTTS L.L.P.
                                                         30 Rockefeller Plaza
                                                         New York, NY 10112-4498
                                                         Tel: (212) 408-2500
                                                         Fax: (212) 408-2501

                                                         *Attorneys for*
                                                         *Samsung Display, Co., Ltd.*

ii

## CERTIFICATE OF SERVICE

The foregoing Notice of Motion to Enforce was served electronically on all counsel of record in this matter via the Court's ECF system. In addition, I caused the foregoing to be served by email on: Joseph Curran (jgcurran@hodgsonruss.com), subpoena-responding counsel for Kodak.

Dated: June 18, 2024

                                                        /s/ *Paul Ragusa*
                                                        Paul Ragusa